UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20701-CR-COOKE/GOODMAN

UNITED STATES OF AMERICA

vs.


ALFREDO KINDELAN HERNANDEZ,

Defendant.

_____/

## FACTUAL PROFFER

Had this case proceeded to trial, the Government would have proved beyond a reasonable doubt that the following facts occurred in Miami-Dade County, in the Southern District of Florida and elsewhere:

From or around January 2010 or earlier, and continuing to at least June 2015 or later, a group of individuals including Jean Marrero Lara (LARA), Raonel Valdez Valhuerdis (R. VALHUERDIS), Alfredo Kindelan Hernandez (HERNANDEZ), Jorge Contino Valhuerdis (J. VALHUERDIS), Leonardo Garcia-Morales (MORALES) and additional unnamed associates, were members or associates of a criminal organization operating in Miami, Florida and elsewhere.

During the organization's operation, members engaged in a pattern of activity which included the commission of kidnappings, robberies, human trafficking, and human smuggling and instances where members accepted money for the commission of crimes of violence. Further, the organization also distributed controlled substances, such as cocaine and marijuana, including those acquired by robbery efforts. HERNANDEZ was a participant in the organization's activities such as the events addressed by the Southern District of Florida Case Numbers 17-20701-CR-Cooke

and 15-20169-CR-Martinez. In addition to the episodes detailed in this proffer, HERNANDEZ and other members of the organization committed other conspiratorial activities which cannot be identified by a date and time.

The parties stipulate that the organization's robbery, kidnapping, and extortion activities affected delays on legitimate and illicit interstate commerce.

**SPECIFIC EXAMPLES OF HERNANDEZ'S ACTIVITY IN THE ORGANIZATION**

On September 30, 2012, LARA, R. VALHUERDIS, HERNANDEZ, MORALES, and others, attempted to conduct a home invasion robbery with a firearm of a marijuana growhouse in Miramar, Florida. The defendants' activities on September 30, 2012 included the brandishing of a firearm. During the attempted robbery, MORALES was shot and paralyzed by a victim. The parties agree that the homeowner's residence had been mistakenly targeted by the organization. The parties stipulate that the attempted armed robbery of a marijuana growhouse would have effected interstate commence had the plan been successful. The parties also stipulate that as to Count 2 of the indictment, charging a conspiracy to possess a controlled substance with intent to distribute, HERNANDEZ attempted to rob a marijuana growhouse for the purpose of acquiring marijuana for a future sale.

On October 12, 2012, LARA, R. VALHUERDIS, HERNANDEZ, and others, successfully conducted a robbery with a firearm of a gold courier in Coral Gables, Florida. The defendants' activities on September 30, 2012 included the use of a firearm to accomplish the robbery. The parties stipulate the gold taken during the robbery was worth $2,800,000 at the time. During the gold courier robbery, the group utilized firearms. The parties stipulate that the gold courier robbery effected interstate commerce in that the victim courier was transporting gold moved and sold

across state and international lines. The parties agree that MORALES was paid a share of the robbery proceeds based on his effort to help commit the robbery prior to his injury on September 30, 2012.  Specifically, HERNANDEZ acknowledges that MORALES assisted in acts such as surveillance of the victim and others which were conducted to accomplish the gold courier robbery.

On March 25, 2014, LARA, HERNANDEZ, and others, successfully conducted a kidnapping, extortion, and ransom operation in Cancun, Mexico against a United States citizen. The parties stipulate that the kidnapping, extortion, and ransom effort effected interstate and foreign commerce in that threats and demands were communicated through lines of commerce.

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

Date: _____  By: _____
IGNACIO J. VÁZQUEZ, JR.
ASSISTANT UNITED STATES ATTORNEY

Date: 4/4/18  By: _____
ALFREDO A. IZAGUIRRE, ESQ.
ATTORNEY FOR DEFENDANT

Date: 4/4/18  By: _____
ALFREDO KINDELAN HERNANDEZ
DEFENDANT