**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-20701-CR-COOKE**

**UNITED STATES OF AMERICA**

**v.**

**ALFREDO KINDELAN HERNANDEZ,**

    **Defendant.**

_____/

## AMENDED MOTION FOR REDUCTION OF SENTENCE PURSUANT TO FED. R. CRIM. P. 35(b)(1)

Pursuant to Rule 35(b)(1) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for a forty percent (40%) reduction in the sentence of the defendant, Alfredo Kindelan Hernandez, to reflect his substantial assistance to the prosecution in *United States v. Lara* et al. 17-20701-CR-Cooke and other related matters.

### BACKGROUND AND THE DEFENDANT'S COOPERATION

The motion to reduce sentence is based on the defendant's agreement to cooperate with the investigation of organized criminal activity and serve as a government witness.   Following his change of plea in this case the defendant was initially sentenced to a total term of two hundred (200) months to run concurrently with the sentence imposed in Southern District of Florida case number 15-20169-CR-Martinez. *See* DE 127, Pg. 1-2. Specifically, the defendant agreed to cooperate in the United States' investigation of a group of individuals engaged in the commission of crimes in concert.

The defendant's information aided the government by identifying events and witnesses pertinent to the United States' prosecution of members involved in the group. Specifically, the

government received eyewitness testimony to acts, including the multiple criminal episodes committed by group members.  Indeed, the defendant testified in this cause to his personal role in the group's crimes at the trial of co-defendant Leonardo Miguel Garcia Morales.

Following his testimony before this Court, the defendant continued to remain available and cooperate with the United States' investigation of the group's members and associates.  At this time, the United States has concluded that it is now proper to submit its motion under Rule 35 to reflect the defendant's substantial assistance.

The defendant's agreement to provide information and testify aided the United States' efforts to bring members of the group to justice. The defendant's information assisted the government collect significant evidence and identify witnesses against multiple group members and associates.  Accordingly, through this motion, the United States recommends a reduction to the defendant's term of imprisonment in the amount of forty percent (40%) for a total term of one hundred twenty (120) months.

Based on the defendant's cooperation, the United States submits that the defendant has provided substantial assistance entitling him to a sentence reduction under Rule 35(b)(1) of the Federal Rules of Criminal Procedure.

*Remainder of Page Intentionally Left Blank*

## CONCLUSION

Based on the defendant's above-described cooperation, the United States respectfully recommends that this Court reduce the defendant's sentence of two hundred months' imprisonment by forty percent (40%) for a new total term of term of one hundred twenty (120) months.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   /s/ Ignacio J. Vázquez, Jr.
Ignacio J. Vázquez, Jr.
Assistant United States Attorney
Florida Bar No. 16275
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9318
Fax: (305) 530-7976
ignacio.vazquez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was uploaded onto the Court's CM/ECF system and sent via CM/ECF to all counsel of record.

/s/ Ignacio J. Vázquez, Jr.
Ignacio J. Vázquez, Jr.
Assistant United States Attorney