UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____ D.C.

APR 22 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Alfredo Kindelman Hernandez,

Petitioner,

vs.

United States of America,

Respondent _____/

Docket No:

17-20701-CR-COOKE-3

Judge:

Cooke

MOTION FOR MODIFICATION OR REDUCTION OF SENETNCE UNDER 18 U.S.C. §3582(C)(2)
PURSUANT TO AMENDMENT 821 FOR ZERO POINT OFFENDERS

COMES NOW, Petitioner, Alfredo Kindelman Hernandez, ("Hernandez"), respectfully moves this Honorable Court for a two-level reduction to the offense level pursuant to Amendment 821. Hernandez avers the following:

## STATEMENT OF AUTHORITY

This Honorable Court has authority to reduce Hernandez's sentence under 18 U.S.C. §3582(c)(2) pursuant to Amendment 821, Part B, U.S.S.G. §4C1.1. This amendment is designed to reduce a Petitioner's offense level by two points for zero-point criminal offenders, which applies retroactively as of November 1, 2023, to cases where sentencing occurred prior to its enactment.

## CASE HISTORY

Hernandez pled guilty to 18 U.S.C. §1951 - Conspiracy To Commit Hobbs Act Robbery; 18 U.S.C. §924(C)(1)(A)(II) - Brandish A Firearm in Furtherance of a Crime of Violence;and §846 - Conspiracy To Possess With Intent To Distribute-Controlled Substance.

Hernandez's zero criminal history points placed him in a Crminal History category I. On June 27, 2018 Hernandez was sentenced to a two-hundred (200) month term of incarceration. 116 months for his 18 U.S.C. §1951; and his 18 U.S.C. §846 conviction; and 84 months for his 18 U.S.C. §924(c) offense.

(1)

Applying the retroactive amendment 821 to Hernandez's offense level for the count of conviction(s) would reduce his offense level which would reduce his Guidelines range  and would lower his term of incarceration. Hernandez asks this Honorable Court to reduce the term of imprisonment after considering the sentencing factors set forth in 18 U.S.C. §3553(a) to the extent that they are applicable, if such reduction is consistent with the applicable policy statements issued by the United States Guidelines.

<u>CONCLUSION AND RELIEF SOUGHT</u>

In accordance to Amendment 821, Hernandez herein prays that this Honorable Court exercise its discretion and reduce his sentence pursuant to 18 U.S.C. §3582(c)(2) after considering the §3553(a) factors. This Court has the discretion and authority to fashion a sentence that it deems applicable to achieve justice. Hernandez humbly asks this Court to impose a sentence at the bottom of the new guidelines range. Hernandez files this foregoing Motion For Sentence Reduction in the interest of justice and in GOOD FAITH.

Alfredo Kindelman Hernandez
Reg No. 05989-104

4-10-24
Date Executed

(2)

## CERTIFICATE OF SERVICE

I, Alfredo Kindelman Hernandez, hereby certify under penalty of perjury that I have served a true and correct copy of the foregoing Motion For Sentence Reduction for forwarding to the Court whose address is listd below in a sealed, postage prepaid envelope:

UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
400 North Miami Avenue
Room 8
Miami, FL 33128

Alfredo Kindelman Hernandez
Reg No. 05989-104
Oakdale FCI 1
PO BOX #5000
Oakdale, LA 71463

4-10-24
Date Executed

(3)

Alfredo Kindela Hernandez
Reg # 05989-104
Oakdale FCI 1
PO BOX #5000
Oakdale, LA
71463

CERTIFIED MAIL®

7021 0950 0001 9098 3822

United States District
Southern District of Florida
400 North Miami Avenue
Room 8
Miami, Fl 33128

REC'D BY_____D.C.

APR 22 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

33128-180199

LEGAL MAIL